# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RONALD C. PINKNEY

NO. 2026 KW 0611

**JULY, 13, 2026**

---

In Re:    State of Louisiana, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          DC-24-02305.

---

**BEFORE:    THERIOT, LANIER, AND MILLER, JJ.**

   **WRIT DENIED.**

                              MRT
                              WIL
                              SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT